UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATASHA HICKS,<br><br>                              Plaintiff,<br>v.<br>DOLLAR GENERAL MARKET, et al.,<br><br>                              Defendant. | Case No. 2:15-cv-00405-JAD-PAL<br><br>**ORDER**<br><br>(Mot. File Electronically – Dkt. #9) |

This matter is before the Court on Plaintiff Natasha Hicks' Motion for Pro Se Litigant to File Electronically (Dkt. #9). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(a) and Local Rules LR IB 1-3 and 1-9 of the Local Rules of Practice.

Ms. Hicks is proceeding in this action *pro se* and *in forma pauperis*. Ms. Hicks asks the Court to allow her to use the Court's CM/ECF system in order to file, access, and electronically serve documents in this case.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff Natasha Hicks' Motion for Pro Se Litigant to File Electronically (Dkt. #9) is GRANTED. Ms. Hicks must comply with the following procedures in order to activate her CM/ECF account:

    a. On or before **May 11, 2016**, Ms. Hicks must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website, www.nvd.uscourts.gov.

    b. Ms. Hicks is not authorized to file electronically unless the certification is filed with the Court within the specified time frame.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        c.    Upon timely filing of the certification, Ms. Hicks shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 19th day of April, 2016.

                                              _____
                                              PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE