UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATASHA HICKS,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>DOLLAR GENERAL MARKET, et al.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:15-cv-00405-JAD-PAL<br><br>**ORDER**<br><br>(Mot. File Electronically –(ECF No. 12) |

　　　　This matter is before the Court on Plaintiff Natasha Hicks' Motion for Pro Se Litigant to File Electronically (ECF No. 12). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(a) and Local Rules LR IB 1-3 of the Local Rules of Practice.[1]

　　　　Ms. Hicks is proceeding in this action *pro se* and *in forma pauperis*. She asks the court to allow her to use the CM/ECF system in order to file, access, and electronically serve documents in this case. She previously requested and received permission to use the CM/ECF system. *See* Order (ECF No. 10). However, the motion states that she did not receive the Order. Pursuant to the Local Rules of Practice, an attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. *See* LR IA 3-1; LSR 2-2. Litigants are further warned that a "[f]ailure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. Ms. Hicks is informed that, although she has received permission to file electronically, she must still abide by these rules.

　　　　Having reviewed and considered the matter, and good cause appearing,

---

[1] The Local Rules of Practice may be accessed and downloaded from this court's website at: nvd.uscourts.gov. The Federal Rules of Civil Procedure may be accessed on the United States Courts website at: uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure.

**IT IS ORDERED:**

1. Plaintiff Natasha Hicks' Motion for Pro Se Litigant to File Electronically (ECF No. 12) is GRANTED.  Ms. Hicks must comply with the following procedures in order to activate her CM/ECF account:

   a. On or before **February 17, 2017**, Ms. Hicks must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this Court's website, www.nvd.uscourts.gov.

   b. Ms. Hicks is not authorized to file electronically unless the certification is filed with the court within the specified time frame.

   c. Upon timely filing of the certification, Ms. Hicks shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 30th day of January, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE