UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Natasha Hicks,

    Plaintiff

v.

Dollar General Market, et al.,

    Defendants

2:15-cv-00405-JAD-PAL

**Order Adopting Report and Recommendation**

[ECF No. 15]

On February 8, 2017, Magistrate Judge Peggy Leen entered a report recommending that plaintiff Natasha Hicks's discrimination claim be dismissed without prejudice and that the claims against defendants Richard Lindsey, Tiffany Doe, Bianca Doe, and Cindy Doe be dismissed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Objections to the magistrate judge's report and recommendation were due by February 22, 2017, and no objections have been filed.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 15] is ADOPTED**.

IT IS FURTHER ORDERED that Hicks's discrimination claim is dismissed without prejudice and that all claims against Richard A. Lindsey, Tiffany Doe, Bianca Doe, and Cindy Doe are DISMISSED.

Dated this 1st day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).